The People of the State of New York, Respondent, v. Sam Brand, Appel- lant.— Judgment of conviction of the County Court of Kings county

affirmed by default. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.